

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00112-CR

| | | |
|---|---|---|
| TAYTON SETH FINLEY, Appellant | § | On Appeal from County Criminal Court No. 5 |
| | § | of Tarrant County (1607688) |
| V. | § | September 22, 2022 |
| | § | Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
        Justice Brian Walker